**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: Z.M., A MINOR    :    No. 192 EAL 2016
                                            :
                                            :
PETITION OF: Z.M.                    :    Petition for Allowance of Appeal from
                                            :    the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 2nd day of August, 2016, the Petition for Allowance of Appeal is

**DENIED**.